No. 295, Misc. ARMSTRONG v. ALABAMA. Sup. Ct. Ala. Certiorari denied. Petitioner *pro se. Richmond M. Flowers,* Attorney General of Alabama, and *Leslie Hall* and *W. Mark Anderson III,* Assistant Attorneys General, for respondent.

No. 367, Misc. SAVINO v. NEW YORK. Ct. App. N. Y. Certiorari denied. Petitioner *pro se. Aaron E. Koota* and *Frank Di Lalla* for respondent.

No: 373, Misc. ANDERSON ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 428, Misc. KNIGHT v. FLORIDA. Sup. Ct. Fla. Certiorari denied. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *John S. Burton,* Assistant Attorney General, for respondent.

No. 442, Misc. WALKER v. INDIANA. Sup. Ct. Ind. Certiorari denied. Petitioner *pro se. John J. Dillon,* Attorney General of Indiana, and *Douglas B. McFadden,* Deputy Attorney General, for respondent.

No. 460, Misc. RICE v. LANE, WARDEN. Sup. Ct. Ind. Certiorari denied. Petitioner *pro se. John J. Dillon,* Attorney General of Indiana, and *Douglas B. McFadden,* Deputy Attorney General, for respondent.

No. 495, Misc. ROGERS v. LANE, WARDEN. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. John J. Dillon,* Attorney General of Indiana, and *Kenneth M. Waterman,* Deputy Attorney General, for respondent.